AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  BREEN, J. DANIEL | 2. Court or Organization  WESTERN DISTRICT OF TENNESSEE | 3. Date of Report  05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  FULL-TIME U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  444 UNITED STATES COURTHOUSE 111 SOUTH HIGHLAND AVENUE JACKSON, TN 38301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | St. Thomas Moore Lawyers Guild |
| 2. Board of Directors | West TN Council/Boy Scouts of America |
| 3. Executive Committee | National Conference of Federal Trial Judges |
| 4. Board of Directors | Federal Judges' Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -6 A 10: 51 DISCLOSURE OFFICE

Breen_Daniel_J

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 2/07/2008-2/10/2008 | Los Angeles, California | ABA Meeting | travel, lodging and meals |
| 2. | American Bar Assocation | 8/07/2008-8/11/2008 | New York, New York | ABA Meeting | travel and meals |
| 3. | Federal Judges Association | 12/02/2008-12/03/2008 | Washington, DC | Meeting | travel, lodging and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| BREEN, J. DANIEL | - | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancorp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | K | T | | | | | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Regions Financial Corp. | A | Dividend | | | Sold | 4/1 | J | A | |
| 5. Idaho Power Co. CS (now known as Idacorp, Inc.) | A | Dividend | J | T | | | | | |
| 6. Procter & Gamble CS | A | Dividend | K | T | | | | | |
| 7. Chicago, IL Brd. Ed. Bonds | A | Interest | J | T | | | | | |
| 8. AT&T CS | A | Dividend | J | T | | | | | |
| 9. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 10. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 11. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 12. Waddell & Reed Acct | | | | | | | | | |
| 13. Waddell & Reed Strategy Port | A | Dividend | J | T | | | | | |
| 14. Waddell & Reed Balanced Port | A | Dividend | J | T | | | | | |
| 15. Waddell & Reed Bond Port | A | Dividend | J | T | | | | | |
| 16. Waddell & Reed Core Equity | A | Dividend | J | T | | | | | |
| 17. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ivy VIP Mny Mkt (x) | A | Interest | L | T | | | | | |
| 19. Waddell & Reed High Income Port | A | Dividend | J | T | | | | | |
| 20. Waddell & Reed Science & Tech Port | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 22. Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 23. Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 24. Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 25. Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 26. Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 27. Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 28. Waddell & Reed Dividend Income | A | Dividend | | | Sold | 6/24 | J | | |
| 29. ING Acct. | | | | | | | | | |
| 30. ING Am. Fds. Gwth-Inc. Port | A | Dividend | J | T | | | | | |
| 31. Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 32. ING FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 33. ING JP Morgan Small Cap Cove Eq. Port | A | Dividend | J | T | | | | | |
| 34. ING An. Fds. Int'l Port | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 36. American Int's Group CS | A | Dividend | | | Sold | 4/1 | J | | |
| 37. American Capital WLG GRW and Inc. | A | Dividend | J | T | | | | | |
| 38. American Cap. WLD. GRW and Inc, | A | Dividend | J | T | Buy | 6/23 | J | | |
| 39. American New Perspective | A | Dividend | J | T | Buy | 6/24 | J | | |
| 40. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 41. Duke Energy | A | Dividend | J | T | | | | | |
| 42. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 43. Fannie Mae - CS | A | Dividend | | | Sold | 6/23 | J | | |
| 44. General Electric - CS | A | Dividend | J | T | | | | | |
| 45. Goldman Sachs Mid Cap Value Fd. | A | Dividend | J | T | | | | | |
| 46. Home Depot - CS | A | Dividend | J | T | | | | | |
| 47. Household Int'l - CS | A | Dividend | J | T | | | | | |
| 48. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 49. J. P. Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 50. McDonalds - CS | A | Dividend | J | T | | | | | |
| 51. Merrill Lynch Variable Coupon Notes | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q.=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Microsoft Corp. - CS | A | Dividend | J | T | | | | | |
| 53. Pfizer Inc. CS | A | Dividend | | | Sold | 6/24 | J | | |
| 54. Spectra Energy Corp. CS | A | Dividend | J | T | | | | | |
| 55. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 56. Pimco Total Return Fd. | A | Dividend | J | T | Buy | 11/4 | J | | |
| 57. IRA- MERRILL LYNCH | | | | | | | | | |
| 58. Goldman Sachs Grwth App. Fd. | A | Dividend | | | Sold | 4/1 | J | | |
| 59. Lord Abbott Mid-Cap Value | A | Dividend | | | Sold | 6/23 | J | | |
| 60. American Cap Grwth and Inc. Fd. | A | Dividend | K | T | | | | | |
| 61. American Capital Income | A | Dividend | J | T | Buy | 6/24 | J | | |
| 62. American Growth Fd. | A | Dividend | J | T | | | | | |
| 63. Lord Abbott Bond Debenture Fd. | A | Dividend | | | Sold | 4/1 | J | | |
| 64. Fidelity Advisor | A | Dividend | J | T | | | | | |
| 65. Blackrock Global Alloc. | A | Dividend | K | T | | | | | |
| 66. National City Bank CD | A | Interest | J | T | Buy | 7/23 | J | | |
| 67. Franklin Income Fd. | B | Dividend | K | T | | | | | |
| 68. Franklin Growth Fd. | A | Dividend | J | T | Buy | 6/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. John Hancock Balanced | A | Dividend | J | T | Buy | 6/23 | J | | |
| 70. Am Cap. WLD Grw and Inc. | A | Dividend | J | T | | | | | |
| 71. Primco Total Return Fd. | A | Dividend | J | T | Buy | 11/4 | J | | |
| 72. Calamos Mkt. Neutral Inc. Fd. | A | Dividend | K | T | | | | | |
| 73. Claymore UT 374 Mult. Asset Port | A | Dividend | | | Sold | 4/10 | K | A | |
| 74. Eaton Vance Large Cap Value Fd. | A | Dividend | J | T | | | | | |
| 75. Hartford Cap Apprec. Fd | A | Dividend | K | T | | | | | |
| 76. Oppenheimer Global Opps. Fd. | A | Dividend | | | Sold | 4/12 | J | | |
| 77. American New Perspective | A | Dividend | | | Sold | 6/23 | J | | |
| 78. Templeton Growth Fd. | A | Dividend | | | Sold | 4/2 | J | | |
| 79. American Capital Income | A | Dividend | | | Sold | 6/23 | J | | |
| 80. Van Kampen Eq. and Inc. | A | Dividend | | | Sold | 6/24 | J | | |
| 81. Loomis Sayles Strag. Inc. Fd. | A | Dividend | K | T | Buy | 6/24 | J | | |
| 82. Oppenheimer Int'l Bd. Fd. | A | Dividend | | | Sold | 6/24 | J | | |
| 83. Merrill Lynch Money Market Fd. | A | Interest | J | T | | | | | |
| 84. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 85. Procter & Gamble CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 87.  Waddell & Reed Accumlative | A | Dividend | J | T | | | | | |
| 88.  Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 89.  Waddell & Reed Advisors Cash Managment | A | Dividend | J | T | | | | | |
| 90.  First State Bank CD (x) | A | Interest | J | T | | | | | |
| 91.  BanCorp South CD (x) | A | Interest | J | T | | | | | |
| 92.  Ivy VIP Asset Strategy (x) | A | Dividend | K | T | | | | | |
| 93.  Ivy VIP Balanced Fd. (x) | A | Dividend | J | T | | | | | |
| 94.  Ivy Energy Fd. (x) | A | Dividend | J | T | | | | | |
| 95.  Ivy Global Nat'l Res. Fd. (x) | A | Dividend | J | T | | | | | |
| 96.  Ivy Intl Grwth Fd. (x) | A | Dividend | J | T | | | | | |
| 97.  Ivy Sci NC Tech Fd. (x) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544